FILED

00 APR 10 PM 1:09

U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PAM COLLINS,** | } | |
| **Plaintiff,** | } | |
| **v.** | } | **CASE NO. CV 00-B-0444-S** |
| **JOHNSON DEVELOPMENT,** | } | |
| **Defendant.** | } | |

ENTERED

APR 10 2000

**ORDER**

This case is before the court on defendant's Motion to Dismiss and for Partial Summary Judgment or in the Alternative Motion for a More Definite Statement filed March 16, 2000. Any opposition to the Motion to Dismiss and for Partial Summary Judgment is due on or before **April 24, 2000**.

**DONE** this 10th day of April, 2000.

Sharon Lovelace Blackburn

SHARON LOVELACE BLACKBURN
United States District Judge

6